UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMY MEIERS-PETERSEN,

    Plaintiff,

v.                            Case No. 10-C-1119

MICHAEL J. ASTRUE,
Commissioner for Social Security Administration,

    Defendant.

## ORDER APPROVING STIPULATION AWARDING ATTORNEY'S FEES OF $8,400.00 AND COSTS OF $350.00

Based upon the foregoing Stipulation and the court's finding that the fees incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $8,400.00 and costs of $350.00 shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have in this matter pursuant to the Equal Access to Justice Act. These fees are awarded to Plaintiff and not her attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010). If counsel for the parties verify Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated this   3rd   day of August, 2012, at Green Bay, Wisconsin.

                                          BY THE COURT:

                                          s/ William C. Griesbach
                                          HONORABLE WILLIAM C. GRIESBACH
                                          United States District Judge